Frank E. Welsh, Jr., and Others, as Trustees, Respondents, v. Herman Deutchman, Appellant, and Others, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Gertrude Zuschlag, Respondent, v. August Zuschlag, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

George B. Hayes and Another, Appellants, v. Alfred J. O'Donovan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York ex rel. Joseph Mastrogiacomo, Appellant, v. Young Men's Mutual Benevolent Society Quagliettana Aquaelecta, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for alternative mandamus order granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

George Raphael, Appellant, v. Julia Raphael, Respondent.— Order reversed and motion granted on the authority of *Murphy* v. *Murphy* (194 App. Div. 395). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Harry T. Beers v. Henry B. Plant and Others, as Executors, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Moritz Walter and Others, as Executors, etc., v. Anna Kuethe, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Max Rosen v. William Greenwald and Others.— Motion to dismiss appeal denied, on condition that appellant procure points to be filed so that appeal can be argued on January 10, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

West Side National Bank of Chicago v. Warsaw Discount Bank.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

United States Mortgage and Trust Company v. Liberty National Bank.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.